IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARMS FARMS TRUCKING, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>TYLER ADAMS, an individual; NATNAEL BERAKI, an individual; NEW PRIME, INC., a Missouri Corporation; NNE LOGISTICS, INC., a Georgia limited liability company; and AUTOMAN EXPRESS, INC., a Canadian corporation;<br><br>Defendants. | 4:24CV3083<br><br>ORDER |

This matter is before the Court on the Joint Stipulation to Stay Case Progression (Filing No. 41). Counsel for the parties have advised the court that mediation will take place in the Spring of 2025.

Accordingly,

IT IS ORDERED that the Joint Stipulation to Stay Case Progression (Filing No. 41) is granted:

1. All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.

2. On or before **May 2, 2025**, the parties shall notify the Court regarding the outcome of mediation.
3. If mediation is unsuccessful, the parties shall provide the undersigned magistrate judge with a proposed schedule for reinstatement of case progression deadlines within 14 days after mediation takes place.

Dated this 28th day of January, 2025.

                                            BY THE COURT:

                                            s/ Ryan C. Carson
                                            United States Magistrate Judge